IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 00-34799-H3-7 |
| | * | |
| TWISTER COMMUNICATIONS | * | (Chapter 7) |
| NETWORK, INC. | * | |
| | * | |
| DEBTOR | * | |

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB - 9 2007

MICHAEL N. MILBY, CLERK OF COURT

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

COMES NOW Conroe Medical Building Associates, a Texas general partnership and files this motion for payment of unclaimed funds

Not having been charged against the bank account of the debtor within the 90 day limit, Check No.1048 in the amount of $61,169.47 payable to Conroe Medical Building Associates, said funds were transferred into the Registry of the U.S. Bankruptcy Court on or about January 10, 2007.

I certify that I am said creditor and am entitled to these funds, and hereby request the release of the funds and payment to me of same.

RESPECTFULLY submitted, this 1ST day of February, 2007.

Conroe Medical Building Associates,
a Texas general partnership

By: _____
A. Daniel Weyland,
General Partner

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | * | Case No. 00-34799-H2-7 |
| | * | |
| TWISTER COMMUNICATIONS | * | (Chapter 7) |
| NETWORK, INC. | * | |
| | * | |
| DEBTOR | * | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion & order have been forwarded by regular mail to the following parties:

U.S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

U.S. Attorney
Southern District of Texas
910 Travis Street, Suite 1500
P.O. Box 61129
Houston, Texas 77208-1129