UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 1 6 2007

MICHAEL N. MILBY, CLERK OF COURT

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:     §     Case No. 00-34799
Twister Communications     §
Network, Inc Debtor(s).     §
    §

### Application for Payment of Unclaimed Funds and Certificate of Service

1. I am making application to receive $4,555.57, which was deposited as unclaimed funds on behalf of **FRED O'CONNOR** (name of original creditor/debtor).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (check the statement(s) that apply):

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 2/13/07

Applicant's Signature: Fred J. O'Connor
Applicant's Name: FRED J. O'CONNOR
Address: 23323 Prairie Pebble Ct
Katy, TX 77494
Phone: (832) 391-3457

Subscribed and sworn before me this 13th day of February 2007.

Bharti Gudipaty
Notary Public
State of Texas
My commission expires February 13, 2010

[Notary seal: BHARTI GUDIPATY, My Commission Expires February 13, 2010, STATE OF TEXAS]

Attachments:
1. _____
2. _____
3. _____
4. _____

## Certificate of Service

I certify that on 1/19/07 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following: Copy Attached

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
_____
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:                                       *       CASE NO. 00-34799-H2-7
Twister Communications Network, Inc.         *
                                             *
DEBTOR                                       *       CHAPTER 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion & order has been forwarded by regular mail to the following parties:

U. S. Trustee
515 Rusk, Suite 3516
Houston, Texas 77002

U. S. Attorney
Southern District of Texas
910 Travis Street, Suite 1500
P. O. Box 61129
Houston, Texas 77208-1129

# The Dallas Morning News

**ADVERTISING INVOICE**

**AD INFORMATION**

| INVOICE NUMBER | WORK ORDER NO. | AD DESCRIPTION | | STARTING DATE |
|---|---|---|---|---|
| 102510001 | 927632501 | 1 | | 04/27/00 |

| AD SIZE | TIMES | UNITS | RATE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| 2 X 20L | 1 | 40L | 1.88 | 75.20 |

| P.O. NUMBER | AD TYPE CLASS | BILLED ACCOUNT NUMBER | AD NUMBER |
|---|---|---|---|
| FRED | CPAR/V07 | 047583712 | V2526429 |

**CUSTOMER INFORMATION**

CUSTOMER TELEPHONE NUMBERS
BILLING CUSTOMER SERVICE ............... 214-977-7801
CLASSIFIED ADVERTISING ................ (214) 745-8123
RETAIL ADVERTISING .................... (214) 977-8511
NATIONAL ADVERTISING .................. (214) 977-8575

↓ PLEASE DETACH THE BELOW PORTION AND RETURN WITH YOUR PAYMENT ↓

# The Dallas Morning News
PO BOX 655237
DALLAS TX 75265-5237

**ADVERTISING INVOICE**

PAYMENT DUE UPON RECEIPT OF INVOICE

☐ CHECK IF COMMENTS OR NEW ADDRESS ON BACK.

| INVOICE NUMBER | WORK ORDER NO. | INVOICE DATE | PHONE NUMBER | AMOUNT DUE |
|---|---|---|---|---|
| 102510001 | 927632501 | 04/27/00 | 512-345-6497 | 75.20 |

**REMIT TO:**
THE DALLAS MORNING NEWS
PO BOX 630061
DALLAS TX 75263-0061

**BILLING ADDRESS:**
SYNERGY LONG DISTANCE SERV
ATTN FRED OCONNOR
PO BOX 26034
AUSTIN TX 78755-0034

AMOUNT ENCLOSED $ _____
IF PAYING WITH CREDIT CARD,
PLEASE COMPLETE THE FOLLOWING.
☐ MASTERCARD    ☐ VISA
☐ AMERICAN EXPRESS  ☐ DISCOVER

CREDIT CARD NUMBER |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|  EXP. DATE ____/____
CARD HOLDER SIGNATURE _____  PHONE NO. (___)

104758371200000000010251000120000427000075203



TEXAS DEPARTMENT OF PUBLIC SAFETY DRIVER LICENSE
CLASS: C    DL: 0853...
DOB: 01-21-33    HT:...
EXPIRES: 01-21-11  Eyes:...
REST: A    SEX:...
END:
OCONNOR, FRED J...
23823 PRAIRIE P...
KATY TX 77494