United States Courts
Southern District of Texas
FILED

MAR 0 2 2007

Michael N. Milby, Clerk

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: §  
TWISTER COMMUNICATIONS § Case No. 00-34799  
NETWORK, INC Debtor(s). §  
§

### Application for Payment of Unclaimed Funds
### and Certificate of Service

1. I am making application to receive $ 4,555.57 PJC, which was deposited as unclaimed funds on behalf of FRED O CONNOR
(*name of original creditor/debtor*).

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issued based upon the following (*check the statement(s) that apply*):

☑ a. Applicant is the creditor/debtor named in paragraph 1, and the owner of the funds appearing on the records of this Court, as evidenced by the attached documents.

☐ b. Applicant is the attorney in fact for the creditor/debtor named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the creditor/debtor.

☐ c. Applicant is the assignee or successor-in-interest of the creditor/debtor named in paragraph 1, or the representative of the assignee or successor-in-interest, as evidenced by the attached documents establishing chain of ownership and/or assignment.

☐ d. Applicant is a duly authorized corporate officer (if a corporation) or a general partner (if a partnership) and a representative of the creditor/debtor named in paragraph 1.

☐ e. Applicant is the representative of the estate of the deceased creditor/debtor named in paragraph 1, as evidenced by the attached certified copies of death certificate and other appropriate probate documents substantiating applicant's right to act on behalf of the decedent's estate.

☐ f. None of the above apply. As evidenced by the attached documents, applicant is entitled to these unclaimed funds because:

_____
_____
_____

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more that $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: 2/13/07

Applicant's Signature: Fred J. O'Connor
Applicant's Name: FRED J. O'CONNOR
Address: 23323 PRAIRIE PEBBLE C.
KATY, TX 77494
Phone: (832) 391-3457

Subscribed and sworn before me this 1st day of March 2007.

BHARTI GUDIPATY
My Commission Expires
February 13, 2010

Bharti Gudipaty
Notary Public
State of TEXAS
My commission expires February 13, 2010

Attachments: 1._____
2._____
3._____
4._____

## Certificate of Service

I certify that on 1/19/07 (date), a true and correct copy of this application for payment of unclaimed funds was served by first class United States Mail on the following:

COPY ATTACHED

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Ave., Ste.3516
Houston, TX 77002

Other: _____
_____
_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: § Case No. 00-34799

Twister Communications Network Inc §

Debtor §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Application for Payment of Unclaimed Funds (Docket No. __555__) is denied for the following reason(s):

1. __X__ Applicant's signature is not notarized.

2. _____ Amount being requested is not the amount deposited on behalf of the original claimant.

3. _____ Application was not served on U.S. Attorney and U.S. Trustee.

4. _____ Proposed Order not filed by applicant.

5. _____ Sufficient documentation not provided to allow the Court to determine claimant's entitlement to the unclaimed funds.

6. _____ Other: _____

Signed Feb. 22, 2007.

_____
Wesley W. Steen
United States Bankruptcy Judge