**EXHIBIT "A"**

| | | |
|---|---|---|
| **IN RE:** § | Case No.  00-34799-H2-7 | |
| § | | |
| **TWISTER COMMUNICATIONS** § | | |
| **NETWORK, INC.,** § | **(Chapter 7)** | |
| § | | |
| **DEBTOR.** § | | |

_____  Small Dividends                                    __X__  Unclaimed Dividends

| | | |
|---|---|---|
| Claim No. 85      Ck #1175<br>Fred O'Connor<br>PO Box 26034<br>Austin, Texas  78755-0034<br>$6.66 | Claim No. 90      Ck #1177<br>Kerrville Telephone Co.<br>PO Box 290130<br>Kerrville, Texas  78029-0130<br>$8.30 | Claim No. 93      Ck #1180<br>Arkansas Dept. of Finance<br>Office of Revenue, Legal Counsel<br>PO Box 1272, Room 209<br>Little Rock, Arkansas  72203<br>$29.87 |
| Claim No. 95      Ck #1182<br>SMS/800 Business Rep.<br>Attn:  Nancy Kinsey<br>PYA-2F307<br>3 Corporate Place<br>Piscataway, NJ  08854-4199<br>$11.25 | Claim No. 97      Ck #1183<br>Designer Fine Printing<br>5303 Theall Road<br>Houston, Texas  77066-2554<br>$32.32 | Claim No. 98      Ck #1184<br>Southwestern Bell Telephone<br>Bankruptcy Department<br>PO Box 769<br>Arlington, Texas  76004<br>$185.42 |
| Claim No. 99      Ck #1185<br>Debitel AG<br>c/o Robert A. Parker<br>Rogers & Hardin, LLP<br>229 Peachtree NE #2700<br>Atlanta, GA  30303-1601<br>$967.51 | Claim No. 109    Ck #1188<br>Axion Technologies<br>11160 Shelton Court<br>Houston, Texas  77099<br>$5.99 | Claim No. 113    Ck #1189<br>The Greensheet<br>2601 Main Street, 4th Floor<br>Houston, Texas  77002<br>$8.74 |
| Claim No. 16      Ck #1209<br>Associates Capital Bank<br>PO Box 7004<br>Sioux Falls, SD  57117<br>$12.49 | Claim No. 42      Ck #1214<br>Modified Communications<br>2610 FM 1960 E<br>Houston, Texas  77073<br>$7.76 | Claim No. 64      Ck #1219<br>GE Capital Colonial Pacific<br>PO Box 230102<br>Portland, OR  97281<br>$54.70 |
| Claim No. 71      Ck #1221<br>A-1 Products, Inc.<br>755 Wythe Avenue<br>Brooklyn, NY  11211<br>$279.93 | | |

Total Unclaimed Dividends                                                           n/a

Total Small & Unclaimed Dividends           $   1,610.94