EXHIBIT A
SMALL DIVIDEND REPORT

| Claim Number | Claimant | Supplemental Distribution |
|---|---|---|
| C | Kerrville Telephone Company | $1.38 |
| 117A | Arizona State Retirement System | $4.85 |
| 101 | Texas Comptroller of Public Accounts | $4.28 |
| 102 | Texas Workforce Commission | $3.39 |
| 103A | State of Louisiana – Dept of Revenue | $0.39 |
| 119 | Illinois Secretary of State Department | $0.08 |
| 15 | Jose & Juanita Perez | $0.12 |
| 31 | Arkansas Secretary of State | $0.08 |
| 17 | Mrs. Anne W. Coleman | $0.02 |
| 20 | Diamond Electric Inc. | $1.91 |
| 23 | Napier Judd Inc. | $0.63 |
| 24 | Vaxum Technologies Inc. | $1.61 |
| 25 | Alaska Ctr LdT, Partnership | $2.56 |
| 27 | S Medoris Properties LLC | $0.34 |
| 28 | Tom Mandry Electric Inc. | $2.46 |
| 32 | Access Wireless | $0.30 |
| 33 | ATS Telecommunications | $1.36 |
| 35 | Industry Telephone Company | $1.44 |
| 41 | Electrotex | $0.56 |
| 45 | GM Mechanical Air Conditioning | $2.78 |
| 52 | Tech Data Corporation | $1.56 |
| 53 | Broadcast Publicity Services | $0.71 |
| 55 | CPL | $0.35 |
| 58 | TXU Electric Company | $1.28 |
| 59 | Cincinnati Bell Telephone Company | $0.18 |
| 66 | Margaret A Harmon | $0.04 |
| 72 | Guadalupe Valley Tel Cop Inc. | $4.19 |
| 73 | Illuminet | $4.39 |
| 74 | Twin City Executive Suites | $3.75 |
| 75 | CSC Credit Services | $0.84 |
| 77 | Z Tel Communications | $0.37 |
| 87 | Franklin Land Resources Inc. | $0.46 |
| 103B | State of Louisiana | $0.07 |
| 106 | Five Area Telephone Cabs | $0.08 |
| 110 | Judy Welborn | $2.54 |
| 121 | Matz, James R. | $0.58 |
| 130 | Brazoria Telephone Company | $1.82 |
| 131 | PetroSys Solustions Inc. | $0.09 |
| 132 | ECA Electric Inc. | $2.61 |
| 133 | Ron's Laser Service | $4.06 |
| 135 | Richard A. Curry | $0.02 |
| 136 | 1st Choice Snacks | $0.36 |
| 138 | Chesapeake Atlantic Holdings, Inc. | $3.54 |
| 146 | Comprehensive Office Suites Inc. | $1.83 |
| 151 | Pennsylvania Department of Revenue | $1.05 |
| 112 | United Parcel Service | $0.28 |
| 149 | McClure Schumacher Associates | $4.81 |