Case 00-34799 Document 600-1 Filed in TXSB on 12/16/10 Page 1 of 1




ENTERED
01/05/2011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Case No. 00-34799-H2-7
TWISTER COMMUNICATIONS NETWORK, INC.

#600

Debtor(s).

**Order for Payment of Unclaimed Funds**

Upon the application of Euler American Credit agent of All components, Inc., seeking payment of $ 6,542.99 representing funds previously unclaimed by

Euler Hermes American Credit agent of All components. Inc.
800 Red Brook Boulevard
Owings MillsMD21117

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Euler American Credit agent of All components, Inc. is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ 6,542.99 to:

Euler Hermes American Credit agent of All components, Inc.
c/o American Property Locators, Inc.
3855 S. Boulevard, Suite 200
Edmond, OK 73013

Signed this 4th day of Jan, 2011.

United States Bankruptcy Judge